No. 92–8594. GARCIA v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 92–8609. EVANS v. VALLES. C. A. 7th Cir. Certiorari denied.

No. 92–8610. HOBBS v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 92–8623. MCKINNON v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 92–8625. MOORE v. DEPARTMENT OF THE TREASURY. C. A. Fed. Cir. Certiorari denied.

No. 92–8626. LINDSAY v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 92–8629. STARNES v. KERBY, WARDEN. C. A. 10th Cir. Certiorari denied.

No. 92–8643. QURESHI v. ALEXANDRIA HOSPITAL ET AL. C. A. 4th Cir. Certiorari denied.

No. 92–8658. SULLIVAN v. LOVE, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT HUNTINGDON, ET AL. C. A. 3d Cir. Certiorari denied.

No. 92–8660. CRAWFORD v. UNITED STATES. Ct. App. D. C. Certiorari denied.

No. 92–8669. LONG v. FLORIDA. Sup. Ct. Fla. Certiorari denied.

No. 92–8671. PRINGLE v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 92–8689. GRANGER v. GOODWIN, WARDEN. C. A. 11th Cir. Certiorari denied.

No. 92–8691. CLARK v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 92–8692. WORLEY v. GEORGIA. Ct. App. Ga. Certiorari denied.

No. 92–8693. GARDNER v. UNITED STATES. C. A. 11th Cir. Certiorari denied.